Vasu D. ARORA, M.D., Plaintiff—Appellant,

v.

Sahai INDERNEEL; Buchanan General Hospital; Does 1 Through 25, Defendants—Appellees,

and

H.A. Street, Party in Interest.

Vasu D. Arora, M.D., Plaintiff—Appellant,

v.

Mansoor Hyder; Appalachian Regional Hospital; Does 1 Through 25, Defendants—Appellees,

and

H.A. Street, Party in Interest.

Vasu D. Arora, M.D., Plaintiff—Appellant,

v.

Abu S. Matin, M.D.; Does 1 Through 25; John Doe, Defendants—Appellees,

and

H.A. Street, Party in Interest.

Vasu D. Arora, M.D., Plaintiff—Appellant,

v.

Kamran Fasih, M.D.; Appalachian Regional Hospital; Does 1 Through 25, Defendants—Appellees,

and

H.A. Street, Party in Interest.

Vasu D. Arora, M.D., Plaintiff—Appellant,

v.

Amjad Husain, M.D.; Buchanan General Hospital; Does 1 Through 25, Defendants—Appellees,

and

H.A. Street, Party in Interest.

Vasu D. Arora, M.D., Plaintiff—Appellant,

v.

Jose A. Alemparte, M.D.; Buchanan General Hospital; M.J. Thakker; Tri State Clinic; Sparks Medical Center; Does 1 Through 25, Defendants—Appellees,

and

H.A. Street, Party in Interest.

**Vasu D. Arora, M.D., Plaintiff—Appellant,**

v.

**Rana Tabassum, M.D.; Appalachian Regional Hospital; Does 1 Through 25, Defendants—Appellees,**

and

**H.A. Street, Party in Interest.**

Nos. 05–1018, 05–1019, 05–1020, 05–1021, 05–1022, 05–1023, 05–1024.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2005.

Decided: May 24, 2005.

Vasu D. Arora, Appellant pro se.

Thomas Ralph Scott, Jr., Street, Street, Street, Scott & Bowman, Grundy, Virginia; William Morris Moffett, Penn, Stuart & Eskridge, Abington, Virginia; Kimberly W. Daniel, Hancock, Daniel, Johnson & Nagle, PC, Glen Allen, Virginia; Robert Brooks Altizer, Gillespie, Hart, Altizer & Whitesell, Tazewell, Virginia; Bryan Grimes Williams Creasy, Johnson, Ayers & Matthews, PLC, Roanoke, Virginia, for Appellees.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See ·Local Rule 36(c).

PER CURIAM:

In these seven appeals, Vasu D. Arora appeals from the district court's orders dismissing his actions in which he asserted claims for breach of contract and tortious interference with a contract and enjoining him from filing further actions in the district court pro se without prior permission from the court. We have reviewed the records and find no reversible error and no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *Arora v. Inderneel,* No. CA–04–30–1 (W.D.Va. Nov. 24, 2004); *Arora v. Hyder,* No. CA–04–31–1 (W.D.Va. Nov. 24, 2004); *Arora v. Matin,* No. CA–04–32–1 (W.D.Va. Nov. 24, 2004); *Arora v. Fasih,* No. CA–04–33–1 (W.D.Va. Nov. 24, 2004); *Arora v. Husain,* No. CA–04–34–1 (W.D.Va. Nov. 24, 2004); *Arora v. Alemparte,* No. CA–04–35–1 (W.D.Va. Nov. 24, 2004); *Arora v. Tabassum,* No. CA–04–36–1 (W.D.Va. Nov. 24, 2004); *see In re March,* 988 F.2d 498, 500 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*